

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ryan Carter,

Vs. No. 11-17-00264-CR

The State of Texas,

\* From the 161st District Court
   of Ector County
   Trial Court No. B-44,752.

 \* September 12, 2019

\* Memorandum Opinion by Stretcher, J.
   (Panel consists of: Bailey, C.J.,
   Stretcher, J., and Wright, S.C.J.,
   sitting by assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.